|   |   |
|---|---|
| REDAPT, INC.,  <br><br>                    Plaintiff,  <br><br>        v.  <br><br>PETER PARKER,  <br><br>                    Defendant. | CASE NO. C20-0862JLR-JRC  <br><br>ORDER REFERRING MOTION FOR PRELIMINARY INJUNCTION |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

On June 11, 2020, the court entered an order referring certain matters in this case to Magistrate Judge J. Richard Creatura, including the motion for a temporary restraining order ("TRO") that was pending at that time. (*See* Order of Reference (Dkt. # 12) at 2; *see also* TRO Mot. (Dkt. # 4).) On June 11, 2020, Magistrate Judge Creatura prepared an order recommended for entry by the undersigned judge, which granted the TRO, and this court entered that order. (*See* TRO (Dkt. # 17).) The TRO sets a briefing schedule for and a hearing on the motion for a preliminary injunction. (*Id.* at 14.) The hearing on the motion for a preliminary injunction is set for June 22, 2020. (*Id.*) The court has

ORDER - 1

reviewed the files and records herein and determined that the motion for a preliminary injunction in this matter is also appropriate to refer to Magistrate Judge Creatura. Therefore, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court hereby refers to Magistrate Judge Creatura the motion for preliminary injunction in this matter for preparation of a report and recommendation.  *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3).  Federal Rule of Civil Procedure 72(b) governs any further proceedings after Magistrate Judge Creatura files a report and recommendation on the motion for preliminary injunction.  *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).  However, as it did with respect to the TRO motion, the court also authorizes Magistrate Judge Creatura, in his discretion, to prepare the order on the motion for preliminary injunction as one recommended for the undersigned's signature.  (*See* Order of Reference at 2, n.1.)

Dated this 12th day of June, 2020.

JAMES L. ROBART
United States District Judge