UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REDAPT INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER PARKER, <br><br> Defendant. | CASE NO. 2:20-cv-00862-JLR-JRC <br><br> STIPULATED ORDER GRANTING PRELIMINARY INJUNCTION |

This matter comes before the Court on plaintiff Redapt, Inc.'s and defendant Peter Parker's Stipulation for Entry of a Preliminary Injunction. *See* Dkt. 21.

**BACKGROUND AND STIPULATION**

On June 11, 2020, plaintiff Redapt, Inc., moved for a Temporary Restraining Order ("TRO") seeking to restrain defendant Parker from using or disclosing confidential information of Redapt. The Court granted the TRO on June 11, 2020. Dkt. 17. Pursuant to the limitations set forth in Fed. R. Civ. P. 65, the matter was set for hearing on June 22, 2020.

1  As evidenced by their signatures below, the Parties, through their counsel, stipulate to the entry of this Preliminary Injunction, which incorporates the findings, terms and conditions of the TRO in full, and request the Court strike the June 22, 2020 show cause hearing.

**ORDER**

THIS MATTER having come on before the undersigned JUDGE of the United States District Court and the Court having considered the stipulation of the Parties and being otherwise fully advised in the premises it is hereby—

ORDERED that the Preliminary Injunction is GRANTED and that such Preliminary Injunction shall incorporate the findings, terms and conditions of the TRO entered June 11, 2020 (Dkt. 17) in full and such Preliminary Injunction shall and remain in full force and effect pending further Order of the Court.  The June 22, 2020 show cause hearing is stricken.

Dated this 18th day of June, 2020

_____
JAMES L. ROBART
United States District Judge

Recommended for Entry
This 18th day of June, 2020.

_____
J. Richard Creatura
United States Magistrate Judge

1 | STIPULATED TO THIS 17TH DAY OF JUNE, 2020

2 | PETERSON RUSSELL KELLY
LIVENGOOD PLLC

3 |

4 | By /s/ Michael T. Callan
Michael T. Callan, WSBA # 16237
Peterson Russell Kelly Livengood PLLC
5 | 10900 NE 4th Street, Suite 1850
Bellevue, WA 98004-8341
6 | T:   (425) 462-4700
F:   (425) 451-0714
7 | E:   mcallan@prklaw.com
Attorneys for Plaintiff Redapt, Inc.

8 |
INSLEE, BEST, DOEZIE & RYDER, P.S.
9 |

10 | By   /s/ Curtis J. Chambers
Curtis J. Chambers, W.S.B.A. #42984
10900 NE 4th Street, Suite 1500
11 | Bellevue, WA 98004
Phone: (425) 455-1234
12 | Fax: (425) 635-7720
Email: cchambers@insleebest.com
13 | Attorneys for Defendant Peter Parker

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

STIPULATED ORDER GRANTING PRELIMINARY
INJUNCTION - 3