1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14

| REDAPT, INC., | CASE NO. C20-0862JLR-JRC |
| Plaintiff, | ORDER OF REFERENCE |
| v. | |
| PETER PARKER, | |
| Defendant. | |

15  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court

16 hereby refers to Magistrate Judge J. Richard Creatura for preparation of a report and

17 recommendation Defendant Peter Parker's motion to compel arbitration and stay

18 proceedings.  (Mot. (Dkt. # 27)); *see* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash.

19 MJR(a)(3).  Federal Rule of Civil Procedure 72(b) governs any further proceedings in

20 this court after Magistrate Judge J. Richard Creatura files a report and recommendation.

21 *See* Fed. R. Civ. P. 72(b); Local Rules W.D. Wash. MJR 4(c).

22

ORDER - 1

Accordingly, the court ORDERS that the above-entitled action is referred to Magistrate Judge J. Richard Creatura for the specific motion described herein. The court further DIRECTS and EMPOWERS Magistrate Judge J. Richard Creatura to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this order.

Dated this 5th day of March, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2