1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   REDAPT INC.,

11                        Plaintiff,

12        v.

13   PETER PARKER,

14                        Defendant.

CASE NO. 2:20-cv-00862-JLR-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

15

16        The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

17   Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

18   record, does hereby find and ORDER:  the Court adopts the Report and Recommendation (Dkt.

19   # 34).  The motion to compel arbitration is granted, and all claims in this matter are transferred to

20   arbitration.  This case is stayed until arbitration has been completed, and all pending deadlines

21   are stricken.  The parties must file a status report every six months to update the Court on the

22   status of the matter.

23   ///

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1      A copy of this Order shall be sent to Judge Creatura.

2      Dated this 24th day of March, 2021.

3

4      _____
       James L. Robart
5      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2